

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00086-CR

**EVELYN BRIDGES,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-386-C1

## MEMORANDUM OPINION

Evelyn Bridges appealed her conviction for Driving While Intoxicated.  She has now filed a motion to dismiss her appeal.  The motion is signed by both Bridges and her attorney.

Accordingly, the motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

                                TOM GRAY
                                Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed April 1, 2020
Do not publish
[CR25]

